FILED

MAR 03 2009

CLERK
NORTHERN ... RNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00744-JF (PVT) |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CALENDAR** |
| | ) | **HEARING; [PROPOSED] ORDER** |
| vs. | ) | |
| | ) | |
| FROILAN ALIX ROLDAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above matter be scheduled for hearing on Monday, March 9, 2009 at 1:15 p.m. The purpose of this hearing is for a Waiver of the Statute of Limitations.

IT IS SO ORDERED.

Dated: __3/3__, 2009

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO CALENDAR
HEARING; [PROPOSED] ORDER
No. CR-08-00744-JF                    2