1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FROILAN ALIX ROLDAN

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,       )   No. CR-08-00744-JF
11                                  )
                    Plaintiff,      )   **STIPULATION TO CONTINUE**
12                                  )   **STATUS CONFERENCE;**
   vs.                              )   **[PROPOSED] ORDER**
13                                  )
   FROILAN ALIX ROLDAN,             )
14                                  )
                    Defendant.      )
15 _____ )

16       Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the status conference in the above-captioned matter, presently

18 scheduled for Wednesday, March 4, 2009 at 9:00 a.m., be continued to Wednesday, April 1, 2009

19 at 9:00 a.m., for disposition or setting.  The continuance is requested to allow further time for

20 defense investigation and preparation.

21       The parties further agree and stipulate that time should be excluded from and including

22 March 4, 2009 through and including April 1, 2009, to provide defense counsel reasonable time

23 for preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

24 Accordingly, the United States and the defendant agree that granting the requested exclusion of

25 ///

26 ///

**STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
No. CR-08-00744-JF**                                1

time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: March 3, 2009                    _____/s/_____
                                        NICHOLAS P. HUMY
                                        Assistant Federal Public Defender

Dated: March 3, 2009                    _____/s/_____
                                        DANIEL KALEBA
                                        Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, March 4, 2009 at 9:00 a.m. will be continued for disposition or setting on Wednesday, April 1, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED that the time should be excluded from and including March 4, 2009 through and including April 1, 2009, to provide defense counsel reasonable time for preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  3/4      , 2009                 _____
                                        JEREMY FOGEL
                                        United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE;[PROPOSED] ORDER
No. CR-08-00744-JF                      2