MATTHEW J. JACOBS (171149)
mjacobs@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:      +1 650 815 7401

Attorneys for Defendant
FROILAN ALIX ROLDAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FROILAN ALIX ROLDAN,<br><br>　　　　　Defendant. | CASE NO.  CR-08-00744-JF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE:　　　　June 17, 2009<br>TIME:　　　　9:00 a.m.<br>JUDGE:　　　Hon. Jeremy Fogel<br>COURTROOM: 3, 5th Floor |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter, presently scheduled for Wednesday, June 17, 2009 at 9:30 a.m., be continued for two weeks.  The continuance is requested because the parties have reached an understanding on the terms of a plea disposition and need additional time to finalize the agreement.

Dated: June 16, 2009

By: /s/ Matthew J. Jacobs
　　　Matthew J. Jacobs
　　　Attorney for defendant Froilan Alix Roldan

Dated: June 16, 2009

By: /s/ Daniel Kaleba
　　　Daniel Kaleba
　　　Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE (No. CR-08-00744-JF)

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, June 17, 2009 at 9:30 a.m. is continued until July 1, 2009 at 9:00 a.m. for a change of plea. Time is excluded until July 1, 2009 in the interest of justice.

Dated: 6/18, 2009

_____
JEREMY FOGEL
United States District Judge

MPK 154707-1.099744.0075