MATTHEW J. JACOBS (171149)
mjacobs@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:      +1 650 815 7401

Attorneys for Defendant
FROILAN ALIX ROLDAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FROILAN ALIX ROLDAN,<br><br>          Defendant. | CASE NO.  CR-08-00744-JF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER**<br><br>DATE:             September 23, 2009<br>TIME:              9 a.m.<br>JUDGE:           Hon. Jeremy Fogel<br>COURTROOM:  3, 5th Floor |

Defendant and the government, through their respective counsel, stipulate subject to the Court's approval, to continue the Sentencing hearing in the above-captioned matter, presently scheduled for September 23, 2009 at 9 a.m., to Wednesday, September 30, 2009 at 9 a.m.  The continuance is requested because Mr. Roldan's counsel will be unavailable and outside of the district on the currently scheduled Sentencing hearing date.  U.S. Probation Officer Aylin Raya has been contacted, and she has given her consent to continue the Sentencing hearing to September 30.

Dated: September 9, 2009

By: /s/ Matthew J. Jacobs
Matthew J. Jacobs
Attorney for defendant Froilan Alix Roldan

Dated: September 9, 2009

By: /s/ Daniel Kaleba
Daniel Kaleba
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 23, 2009 at 9 a.m. is continued until September 30, 2009 at 9 a.m.

Time is excluded until 9/30/09 .

Dated: 9/15 , 2009

JEREMY FOGEL
United States District Judge

MPK 157201-1.099744.0075

- 2 -

STIPULATION TO CONTINUE CHANGE OF PLEA HEARING (No. CR-08-00744-JF)